IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHILDRESS ENGINEERING SERVICES, INC.<br><br>　　　　　Defendant. | CIVIL ACTION NO.<br><br>C O M P L A I N T<br><br>**JURY TRIAL DEMANDED** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Jennifer Green. The Commission alleges that Defendant violated Title VII by subjecting Ms. Green to a hostile work environment based on her sex, female, and by terminating her employment in retaliation for her opposition to the unlawful harassment.

## JURISDICTION AND VENUE

1.　Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C § 2000-e5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.　The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Texas.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission ("Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII of the Civil Rights Act of 1964, as amended and is expressly authorized to bring this action by Section 706(a) of Title VII, 42 U.S.C. § 2000e-5(a).

4. At all relevant times, Defendant, Childress Engineering Services, Inc. has continuously been and is now doing business in the State of Texas and has continuously had at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Jennifer Green filed a charge with the Commission alleging violations of Title VII of the Civil Rights Act of 1964, as amended, by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. During the employment of Jennifer Green, the Defendant has engaged in unlawful employment practices in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1) by subjecting Jennifer Green to sexual harassment and a hostile work environment on the basis of her sex, female, including but not limited to sexually offensive and derogatory comments.

8. The Defendant also violated Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), by terminating Ms. Green in retaliation for her opposition to the unlawful harassment.

9.     The result of the foregoing practices has been to deprive Jennifer Green of equal employment opportunities because of her sex.

10.     The unlawful employment practices complained of in paragraphs 7 and 8 above were intentional.

11.     The unlawful employment practices complained of in paragraphs 7 and 8 above were done with malice or with reckless indifference to the federally protected rights of Jennifer Green.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining the Defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex, or which facilitates, condones or encourages sexual or gender-based harassment.

B.     Grant a permanent injunction enjoining the Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates in violation of Title VII and, specifically, from subjecting its employees to retaliatory treatment in violation of Title VII.

C.     Order the Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities and a non-hostile work environment for all employees, including females, and which eradicate the effects of its past and present unlawful employment practices.

  D. Order the Defendant to make whole Jennifer Green by providing appropriate back pay with prejudgment interest in amounts to be determined at trial, front pay, pecuniary losses, compensatory damages including out-of-pocket expenses, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

  E. Order the Defendant to make Jennifer Green whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 and 8 above, including but not limited to job hunting expenses.

  F. Order the Defendant to make Jennifer Green whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful employment practices described in paragraphs 7 and 8 above, including but not limited to, pain and suffering, humiliation, embarrassment, emotional distress, anxiety, and loss of enjoyment of life, in amounts to be determined at trial.

  G. Order the Defendant to pay Jennifer Green punitive or exemplary damages for its intentional, malicious conduct or reckless indifference described and referenced in paragraphs 7 and 8 above, in an amount to be determined at trial.

  H. Grant such further relief as the Court deems necessary and proper in the public interest.

  I. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

JAMES LEE
Deputy General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

/s Robert A. Canino
_____
ROBERT A. CANINO
Regional Attorney
Oklahoma Bar No. 011782

/s Toby W. Costas
_____
TOBY W. COSTAS
Supervisory Trial Attorney
Texas Bar No. 04855720

/s Meaghan L. Shepard
_____
MEAGHAN L. SHEPARD
Trial Attorney
Maryland Bar (No numbers assigned)

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 South Houston, 3rd Floor
Dallas, Texas 75202
(214) 253-2740
(214) 253-2749 FAX